UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | |
| ) | |
| **EVENSON, MICHAEL** ) | Bankruptcy Case No. 17-82433 TML |
| **EVENSON, KRISTINE** ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

## CERTIFICATE OF SERVICE

    The undersigned certifies that on September 11, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

EVENSON, MICHAEL
EVENSON, KRISTINE
1331 WINDFIELD DRIVE
SYCAMORE, IL 60178

JEFFREY M. KRASNER
407 WEST STATE STREET, SUITE 4
SYCAMORE, IL 60178
*(Via ECF Electronic Transmission)*

Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508

Absolute Resolutions Investments, LLC
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

ONEMAIN FINANCIAL OF ILLINOIS, INC.
PO BOX 3251
EVANSVILLE, IN 47731-3251

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com