**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: EVENSON, MICHAEL | § Case No. 17-82433 |
| EVENSON, KRISTINE | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $351,388.00        Assets Exempt: $100,438.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,657.58        Claims Discharged
                                            Without Payment: $81,752.75

Total Expenses of Administration: $1,473.06

---

    3) Total gross receipts of $ 7,130.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,130.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $292,139.51 | $5,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,473.06 | 1,473.06 | 1,473.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 80,513.14 | 52,003.19 | 52,003.19 | 5,657.58 |
| **TOTAL DISBURSEMENTS** | $372,652.65 | $58,476.25 | $53,476.25 | $7,130.64 |

    4) This case was originally filed under Chapter 7 on October 17, 2017. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2018        By: /s/JAMES E. STEVENS
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 7,130.64 |
| **TOTAL GROSS RECEIPTS** | | **$7,130.64** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4S | ONEMAIN FINANCIAL OF ILLINOIS, INC. | 4210-000 | N/A | 5,000.00 | 0.00 | 0.00 |
| NOTFILED | One Main | 4110-000 | 11,333.51 | N/A | N/A | 0.00 |
| NOTFILED | Cenlar | 4110-000 | 277,707.00 | N/A | N/A | 0.00 |
| NOTFILED | First Midwest Bank/na | 4110-000 | 3,099.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$292,139.51** | **$5,000.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 1,463.06 | 1,463.06 | 1,463.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | | | $1,473.06 | $1,473.06 | $1,473.06 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nelnet | 7100-000 | 3,248.00 | 3,473.40 | 3,473.40 | 377.88 |
| 2 | Absolute Resolutions Investments, LLC | 7100-000 | 29,398.00 | 29,779.27 | 29,779.27 | 3,239.77 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 2,751.00 | 2,682.41 | 2,682.41 | 291.83 |
| 4U | ONEMAIN FINANCIAL OF ILLINOIS, INC. | 7100-000 | N/A | 5,860.13 | 5,860.13 | 637.54 |
| 5 | Wells Fargo Bank, N.A. | 7100-000 | 4,223.00 | 4,371.93 | 4,371.93 | 475.64 |
| 6 | Synchrony Bank | 7100-000 | 5,486.00 | 5,836.05 | 5,836.05 | 634.92 |
| NOTFILED | First Midwest Bank | 7100-000 | 1,441.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Hospital | 7100-000 | 269.60 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Hospital | 7100-000 | 3,284.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Hospital | 7100-000 | 1,784.61 | N/A | N/A | 0.00 |
| NOTFILED | Edward Hospital - Patient Accounts | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| NOTFILED | Prairie Health Care LTD | 7100-000 | 1,824.00 | N/A | N/A | 0.00 |
| NOTFILED | SLINGERLAND & CLARK, P.C. | 7100-000 | 1,748.76 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Medicine | 7100-000 | 521.11 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Valley Spine and Pain Care Centers | 7100-000 | 560.04 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Hospital | 7100-000 | 477.02 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,594.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 2,122.00 | N/A | N/A | 0.00 |
| NOTFILED | Edward Health Ventures | 7100-000 | 509.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 17,792.00 | N/A | N/A | 0.00 |
| NOTFILED | Edward Hospital & Health Services | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $80,513.14 | $52,003.19 | $52,003.19 | $5,657.58 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-82433  
**Case Name:** EVENSON, MICHAEL  
EVENSON, KRISTINE  
**Period Ending:** 12/12/18

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/17/17 (f)  
**§341(a) Meeting Date:** 11/27/17  
**Claims Bar Date:** 03/22/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  1331 Windfield Drive, Sycamore, IL | 290,000.00 | 0.00 | | 0.00 | FA |
| 2  Cash | 200.00 | 0.00 | | 0.00 | FA |
| 3  Checking: TCF National Bank | 1,300.00 | 0.00 | | 0.00 | FA |
| 4  Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 5  2 computers | 500.00 | 0.00 | | 0.00 | FA |
| 6  Clothing | 0.00 | 0.00 | | 0.00 | FA |
| 7  wedding rings, costume jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 8  401k-$42,688 vested $27,534 outstanding loans | 42,688.00 | 0.00 | | 0.00 | FA |
| 9  2005 Chrysler Pacifica | 4,000.00 | 0.00 | | 0.00 | FA |
| 10  2008 Ford Expedition | 5,000.00 | 0.00 | | 0.00 | FA |
| 11  2004 Ford Expedition | 2,400.00 | 0.00 | | 0.00 | FA |
| 12  Thrift store items and ebay items | 800.00 | 0.00 | | 0.00 | FA |
| 13  TAX REFUND  (u) | 0.00 | 9,636.00 | | 7,130.64 | FA |
| 14  Unfiled Claim Injuries NW Hospital, DeKalb, IL  (u)<br>      See Amended Schedules filed 11/22/17. | Unknown | 0.00 | | 0.00 | FA |
| 14  Assets  Totals (Excluding unknown values) | $351,388.00 | $9,636.00 | | $7,130.64 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   July 31, 2018        **Current Projected Date Of Final Report (TFR):**   August 14, 2018  (Actual)

Printed: 12/12/2018 01:10 PM    V.14.14

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-82433  
**Case Name:** EVENSON, MICHAEL  
EVENSON, KRISTINE  
**Taxpayer ID #:** **-***0082  
**Period Ending:** 12/12/18  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9066 - Checking Account  
**Blanket Bond:** $2,827,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/11/18 | {13} | MICHAEL AND KRISTINE EVENSON | TAX REFUND | 1224-000 | 7,130.64 | | 7,130.64 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,120.64 |
| 10/04/18 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $1,463.06, Trustee Compensation; Reference: | 2100-000 | | 1,463.06 | 5,657.58 |
| 10/04/18 | 102 | Nelnet | Dividend paid 10.87% on $3,473.40; Claim# 1; Filed: $3,473.40; Reference: | 7100-000 | | 377.88 | 5,279.70 |
| 10/04/18 | 103 | Absolute Resolutions Investments, LLC | Dividend paid 10.87% on $29,779.27; Claim# 2; Filed: $29,779.27; Reference: | 7100-000 | | 3,239.77 | 2,039.93 |
| 10/04/18 | 104 | Capital One Bank (USA), N.A. | Dividend paid 10.87% on $2,682.41; Claim# 3; Filed: $2,682.41; Reference: | 7100-000 | | 291.83 | 1,748.10 |
| 10/04/18 | 105 | ONEMAIN FINANCIAL OF ILLINOIS, INC. | Dividend paid 10.87% on $5,860.13; Claim# 4U; Filed: $5,860.13; Reference: | 7100-000 | | 637.54 | 1,110.56 |
| 10/04/18 | 106 | Wells Fargo Bank, N.A. | Dividend paid 10.87% on $4,371.93; Claim# 5; Filed: $4,371.93; Reference: | 7100-000 | | 475.64 | 634.92 |
| 10/04/18 | 107 | Synchrony Bank | Dividend paid 10.87% on $5,836.05; Claim# 6; Filed: $5,836.05; Reference: | 7100-000 | | 634.92 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 7,130.64 | 7,130.64 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 7,130.64 | 7,130.64 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$7,130.64** | **$7,130.64** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9066 | 7,130.64 | 7,130.64 | 0.00 |
| | $7,130.64 | $7,130.64 | $0.00 |

{} Asset reference(s)